IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAVIER ALCALA,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION,

        Defendant.
                                         /

No. C 09-5837 SI

**ORDER EXTENDING DATE TO SERVE DEFENDANT AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

      The Court has received and is satisfied with plaintiff's response to the Order to Show Cause issued on March 26, 2010. Plaintiff's deadline for service of process is extended to April 30, 2010. A further Case Management Conference is scheduled for June 25, 2010 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: April 12, 2010

SUSAN ILLSTON
United States District Judge