IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ALCALA, | No. C 09-5837 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. / | |

By order filed July 26, 2010, the Court dismissed plaintiff's claims and set a deadline of August 20, 2010 for filing an amended complaint. Plaintiff has not filed an amended complaint or otherwise taken any action in this case since the July 26, 2010 order. The Court concludes that plaintiff does not wish to proceed with this case. The Clerk shall close the file.

Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 30, 2010

SUSAN ILLSTON
United States District Judge